

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**BY FAX**

| | |
|---|---|
| DALIDIO FAMILY TRUST, by and through Ernest Dalidio, its Trustee, THELMA PEROZZI TRUST, by and through Ernest Dalidio, its Trustee, and SAN LUIS OBISPO MARKETPLACE, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SAN LUIS OBISPO DOWNTOWN ASSOCIATION, an unknown California entity, RESPONSIBLE COUNTY DEVELOPMENT, LLC, a California limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV 07-06446 CAS (CWx)<br><br>[PROPOSED]<br><br>JUDGMENT |

This matter was removed to this Court on October 3, 2007 by Defendants San Luis Obispo Downtown Association (the "City") and Responsible County Development, LLC ("RCD"). On January 18, 2008, Plaintiffs filed their First Amended Complaint. On February 11, 2008, the City filed motions to dismiss, for a more definite statement and to strike. On February 11, 2008, RCD filed a

special motion to strike, pursuant to Cal. Civ. Proc. Code § 425.16 and motion to dismiss, pursuant to Rule 12(b)(6). Each defendant joined in its co-defendant's motions.

The hearing on defendants' motions was held on March 24, 2008. On March 27, 2008, this Court issued its Order Granting Defendants' Special Motion To Strike Under Cal. Civ. Proc. Code § 425.16 And Defendants' Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) (the "Order"). The Order denied the City's motion for a more definite statement as moot.

On April 2, 2008, the City filed its motion for award of attorneys' fees. On April 7, 2008, RCD filed its motion for award of attorneys' fees and expenses. On April 14, 2008, defendants filed a joint notice of partial withdrawal of defendants' motions for attorneys' fees and expenses. Plaintiffs' opposed defendants' motions for attorneys' fees and expenses.

Defendants' motions for attorneys' fees and expenses were heard on April 28, 2008. The Court issued orders on defendants' motions as follows:

On June 19, 2008, the Court granted the City's motion and awarded the City the sum of $ 11,750.00; and

On July 16, 2008, the Court granted RCD's motion and awarded RCD the sum of $ 92,232.55.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of defendants, and each of them, and against plaintiffs, and each of them.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that plaintiffs, jointly and severally, shall be obligated to pay the City the aforesaid sum, and to pay RCD the aforesaid sum, each with interest thereon at the legal rate from the dates of such Orders until paid in full.

Dated: 7/23/08

_Christina A. Snyder_
The Honorable Christina A. Snyder
UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **July 23, 2008**, I served the following document(s) described as **[PROPOSED] JUDGMENT** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| James McKiernan, Esq.<br>Michael R. Pick Jr., Esq.<br>James McKiernan Lawyers<br>21 Santa Rosa Street<br>San Luis Obispo, CA 93405<br>Telephone: (805) 541-5411<br>Facsimile: (805) 544-8329<br>*Attorneys for Plaintiffs* | Law Offices of Scott C. Haith<br>A Professional Law Corporation<br>Scott C. Haith, Esq.<br>Michael G. Evans, Esq.<br>27240 W. Turnberry, Suite 200<br>Valencia, CA 91355<br>Telephone: (661) 362-0744<br>Facsimile: (661) 284-3431<br>*Attorneys for Defendant San Luis Obispo Downtown Association* |

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY OVERNIGHT DELIVERY (FEDERAL EXPRESS; PRIORITY DELIVERY):** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **July 23, 2008 2008** at San Francisco, California.

*Wanda Morris*
Wanda Morris